UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAGAN PETERSEN, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:22-CV-668-RSH-DEB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT** |

　　　　On June 29, 2022, Plaintiff filed a Motion For Leave To Amend ("Motion"). ECF No. 11. The Motion seeks to add a third cause of action for violation of the Magnuson-Moss Warranty Act. Defendant does not oppose the amendment. ECF No. 11 at 2.

　　　　The district court should "freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The court considers five factors in determining whether a motion for leave to amend is appropriate: "bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint." *Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004). Here, and as explained in the Motion (ECF No. 11 at 3-5), none of those five factors weigh against granting leave to amend.  The Court hereby **GRANTS** Plaintiff's Motion. Pursuant to

//

CivLR 15.1(b), Plaintiff is ordered to file and serve its amended complaint within seven (7) days from the date of this order.

**IT IS SO ORDERED**.

Dated: July 5, 2022

_____
Hon. Robert S. Huie
United States District Judge